

# Fourth Court of Appeals
## San Antonio, Texas

April 20, 2016

No. 04-16-00077-CV

**IN THE INTEREST OF C.M.A., A CHILD**,

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2014-PA-02641
Honorable Peter A. Sakai, Judge Presiding

## O R D E R

After this court granted appellant an initial twenty-day extension of time to file appellant's brief, the brief was due April 18, 2016. Appellant has now filed a second motion, asking for an additional nine days to file the brief. After review, we **GRANT** appellant's motion and **ORDER** appellant to file her brief on or before April 27, 2016.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of April, 2016.

_____
Keith E. Hottle
Clerk of Court